IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MANSOOR KHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM GROUP f/k/a UNUM PROVIDENT CORPORATION; PROVIDENT LIFE and ACCIDENT INSURANCE COMPANY,<br><br>    Defendants. | CV 24-42-BLG-SPW-TJC<br><br>**ORDER GRANTING MOTION TO SEAL** |

    Defendants Provident Life and Accident Insurance Company and Unum Group's ("Defendants") have filed a motion for leave to file their motion for summary judgment and associated briefing under seal. (Doc. 43.) Good cause appearing, IT IS ORDERED that Defendants' motion is GRANTED. The documents electronically lodged as Docs. 45 and 46 shall be filed under seal.

    DATED this 31st day of October, 2025.

                                                             _____
                                                             TIMOTHY J. CAVAN
                                                             United States Magistrate Judge