IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MANSOOR KHAN,<br><br>      Plaintiff,<br><br>vs.<br><br>UNUM GROUP f/k/a UNUM PROVIDENT CORPORATION; PROVIDENT LIFE and ACCIDENT INSURANCE COMPANY,<br><br>      Defendants. | CV 24-42-BLG-SPW<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Defendants Unum Provident Corporation and Provident Life and Accident Insurance Company renewed their Motion for Summary Judgment on December 16, 2025. (Doc. 56). Plaintiff did not respond to the Motion. Magistrate Judge Timothy J. Cavan entered his Findings and Recommendation on May 20, 2026. (Doc. 63). He recommended that summary judgment be partially granted in favor of Plaintiff and granted in favor of Defendants on all remaining claims. (*Id.* at 13).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file any objections within 14 days of the filing of a magistrate judge's findings and recommendations. Here, no objections were filed. When no party objects, the district court reviews the findings and recommendations for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error

1

exists if "the reviewing court . . . is left with the definite and firm conviction that a mistake has been committed." *United States v. U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948). Having conducted this review, the Court agrees with Judge Cavan's analysis and conclusions and finds no clear error.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendation (Doc. 63) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that:

(1)    Summary judgment is PARTIALLY GRANTED in favor of Plaintiff in the amount of $648.27.

(2)    Defendants' Motion for Summary Judgment (Doc. 56) is GRANTED in all other respects.

(3)    Defendants shall submit a proposed judgment by June 22, 2026. *See* L.R. 58(c).

DATED this 15th day of June, 2026.

SUSAN P. WATTERS
United States District Judge

2